IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. FEDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0830 |
| | ) | |
| DOLLAR BANK, FSB, | ) | Judge Gary L. Lancaster |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 2nd day of June, 2009, pursuant to the joint request of the parties, IT IS ORDERED that Civil Action No. 08-0830 is hereby dismissed with prejudice. Each side to bear its own costs and attorneys' fees.

_____
United States District Judge